SALTZBURG, RAY & BERGMAN, LLP
12100 Wilshire Boulevard, Suite 650
Los Angeles, California 90025-1188

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| DUTCH ENERGY CORPORATION, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER P11UR01460, GREAT LAKES UK, MUNICH RE, MILLENNIUM CONSORTIUM, tsm POWER CONSORTIUM and DOES 1 through 25, inclusive <br><br> Defendants. | Case No. 2:13-cv-09211-JAK- CW <br><br> Hon. John A. Kronstadt (Roybal, Dept. 750) <br><br> **ORDER GRANTING REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> **JS-6** <br><br> Trial date: April 28, 2015 |

To The United States District Court, the Honorable John A. Kronstadt:

The parties having entered into a settlement agreement and Plaintiff Dutch Energy Corporation, the Court hereby ORDERS that:

1. the above-captioned action is dismissed with prejudice; and

169021.1 7427.004

2. the hearing for the Order to Show Cause re Dismissal set for April 27, 2015 at 1:30 p.m. is vacated.

DATED: April 14, 2015

_____
HON. JOHN A. KRONSTADT

SALTZBURG, RAY & BERGMAN, LLP
12100 Wilshire Boulevard, Suite 650
Los Angeles, California 90025-1188

169021.1 7427.004